# United States Court of Appeals for the Fifth Circuit

_____

No. 23-50353
Summary Calendar
_____

United States Court of Appeals
Fifth Circuit

**FILED**

October 18, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Lesundre Tyrese Zacharie,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:21-CR-141-1

_____

Before Higginbotham, Jones, and Oldham, *Circuit Judges*.

Per Curiam:*

The Federal Public Defender appointed to represent Lesundre Tyrese Zacharie has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Zacharie has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Zacharie's

_____

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50353

claim of ineffective assistance of counsel; we therefore decline to consider the claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's briefs and the relevant portions of the record reflected therein, as well as Zacharie's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.